## AUTRY v. UNITED STATES.

(Circuit Court of Appeals, Fifth Circuit. February 24, 1896.)

No. 314.

In Error to the District Court of the United States for the Southern District of Alabama.

This was a criminal information against James Autry, charging him with unlawfully cutting and removing timber from the public lands. He was convicted and sentenced in the district court, and has sued out a writ of error from this court.

M. D. Wickersham, W. M. Mackintosh, and J. C. Rich, for plaintiff in error.
James N. Miller, U. S. Atty.

Before PARDEE and McCORMICK, Circuit Judges, and BRUCE, District Judge.

PARDEE, Circuit Judge. The material questions in this case are similar to those presented in the case of Shiver v. U. S. (just decided) 73 Fed. 158, and the ruling must be the same way. Judgment affirmed.